the trustees determining "by lot which of [the two candidates] *shall be deemed elected.*" The choice being limited to the candidates receiving "an equal and the greatest number of votes", the expressed will of those who have voted is effectuated as nearly as may be. Order unanimously affirmed, with $10 costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (May 17, 1960)

■ In the Matter of OLD REPUBLIC LIFE INSURANCE COMPANY et al., Respondents, against JULIUS S. WIKLER, as Superintendent of Insurance of the State of New York, Appellant.— Motion to add appeal to the current calendar. Motion denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (May 18, 1960)

■ RITA K. REOUX, Appellant, v. GLENS FALLS POST COMPANY et al., Respondents.— Motion to strike out portions of the record on appeal denied, without prejudice to its renewal upon the argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (May 19, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL TODZIA, Appellant.— Motion to withdraw appeal granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Probate of the Will of MARGARET G. YATES, DECEASED. FREDERICK Y. BORDEN, as Executor of MARGARET G. YATES, DECEASED, Appellant; WINCHELL G. YATES et al., Appellants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. LONG, JR., Appellant.— Motion for enlargement of time within which to perfect appeal. Motion granted and time to perfect appeal, file note of issue, and to file and serve record and brief is extended to the 15th day of August, 1960, and the case is placed on the calendar for the September Term for argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. KAHLER, JR., Appellant.— Motion for enlargement of time within which to perfect appeal. Motion granted and time to perfect appeal, file note of issue, and to file and serve record and brief is extended to the 15th day of August, 1960, and the case is placed on the calendar for the September Term for argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON TROCHE, Appellant.— Motion for enlargement of time within which to perfect appeal. Motion granted and time to perfect appeal, file note of issue, and to file and serve record and brief is extended to the 15th day of August, 1960, and the case is placed on the calendar for the September Term for argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.